ROBERT GORDON, JR., Respondent, *v.* THE VILLAGE OF SILVER
CREEK, Appellant.

*Gordon* v. *Village of Silver Creek,* 127 App. Div. 888, affirmed.
(Submitted November 17, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 17, 1908, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term
in an action to recover damages alleged to have been suffered
by plaintiff through the maintenance of a nuisance by the
defendant.

*George E. Towne* for appellant.

*Thomas H. Larkins* for respondent.

Judgment affirmed, with costs, on opinion of ROBSON, J.,
below.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER,
WILLARD BARTLETT and CHASE, JJ. Concurs in result:
CULLEN, Ch. J.